## 47699. GIORDANO et al. v. STUBBS et al.

PER CURIAM.

The Supreme Court on certiorari (*Summer-Minter & Associates v. Giordano,* 231 Ga. 601 (203 SE2d 173)) having reversed the judgment of this court in *Giordano v. Stubbs,* 129 Ga. App. 283 (199 SE2d 322), the judgment is vacated and set aside. In accordance with the opinion of that court, the judgment of the lower court is affirmed.

*Judgment affirmed. Bell, C. J., Hall, P. J., Eberhardt, P. J., Pannell, Deen, Quillian, Evans, Clark and Stolz, JJ., concur.*

DECIDED MARCH 12, 1974.

*Haas, Holland, Levison & Gibert, Hugh W. Gibert,* for appellants.

*Manning, Read & Richardson, Curtis R. Richardson,* for appellees.